UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAWRENCE PEREZ,

                        Plaintiff,                        19 **CIVIL** 5547 (LGS)

       -against-                              **JUDGMENT**

SUPERINTENDENT OF ATTICA
CORRECTIONAL FACILITY,

                        Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 8, 2021, the Report is adopted and the Petition for a writ of habeas corpus is denied, the Petition is dismissed and the case is closed. As Petitioner has not "made a substantial showing of the denial of a constitutional right," no certificate of appealability will issue pursuant to 28 U.S.C. § 2253(c).

**DATED:**  New York, New York
             October 12, 2021

                                                        **RUBY J. KRAJICK**
                                                            Clerk of Court
                                             BY:
                                                               Deputy Clerk